PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

**Nos. 23-3156 & 23-3208**

MICAYLA AUGUSTYN

v.

WALL TOWNSHIP BOARD OF EDUCATION

Before: SHWARTZ, KRAUSE, and PORTER, *Circuit Judges*

**ORDER**

The opinion filed on May 9, 2025 is hereby vacated. The Clerk shall file the amended opinion, which includes a change on page 4. Specifically, the phrase "free and appropriate education" has been amended to read " free and appropriate public education." As this change does not affect the Court's decision, the judgment will remain the same.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated: June 5, 2025
CJG/cc:     John D. Rue, Esq.
            Krista H. Rue, Esq.
            Gabrielle A. Pettineo, Esq.